## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andria N. Jackson<br>  _Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>  _Movant_<br>vs. | NO. 17-10770 SR |
| Andria N. Jackson<br>  _Debtor(s)_ | |
| Frederick L. Reigle Esq.<br>  _Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant and its successors and/or assigns with regard to the following vehicle: 2010 LEXUS ES350 , VIN:JTHBK1EG5A2403491.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 27th day of October , 2017.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Andria N. Jackson
28 Prout Drive
Coatesville, PA 19320

Brad J. Sadek, Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532