United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10770-jkf
Andria N Jackson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Oct 30, 2017
                             Form ID: pdf900           Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db              +Andria N Jackson,   28 Prout Drive,   Coatesville, PA 19320-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Oct 31 2017 01:20:28    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2017 01:20:14
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2017 01:20:25    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 01:22:09    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                           TOTAL: 4


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Andria N Jackson brad@sadeklaw.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Carrington Mortgage Services, LLC
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andria N. Jackson | CHAPTER 13 |
| _Debtor(s)_ | |
| | |
| Toyota Motor Credit Corporation | |
| _Movant_ | |
| vs. | NO. 17-10770 SR |
| | |
| Andria N. Jackson | |
| _Debtor(s)_ | |
| | |
| Frederick L. Reigle Esq. | 11 U.S.C. Section 362 |
| _Trustee_ | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, ~~reviewed the file herein and~~

~~after hearing, is of the opinion that said Motion should be granted.~~  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant ~~to permit said creditor,~~ and its successors and/or assigns ~~to take~~ with regard to

the following vehicle:

~~possession and sell, lease, and otherwise dispose of the~~ 2010 LEXUS ES350 ,

VIN:JTHBK1EG5A2403491 ~~in a commercially reasonable manner.~~  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this 27th    day of October , 2017.

_United States Bankruptcy Judge._
Jean K. FitzSimon

cc: See attached service list

Andria N. Jackson
28 Prout Drive
Coatesville, PA 19320

Brad J. Sadek, Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532