B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

EASTERN District Of PENNSYLVANIA

In re  JACKSON, ANDRIA N.   Case No.  1710770 SR

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | COLLEGE LOAN CORP - TRUST 1 obo MHEAC d/b/a AMERICAN STUDENT ASSISTANCE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Court Claim # (if known): 3
Amount of Claim: $43,150.95
Date Claim Filed: 04/24/2017

Phone: 651-221-0566
Last Four Digits of Acct #: 0339

Phone: 617-728-3046
Last Four Digits of Acct #: 0339

Name and Address where transferee payments should be sent (if different from above):
ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 0339

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Malinda Cardenas        Date: 01/16/2018
  Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*



**American Student Assistance**®

100 Cambridge Street, Suite 1600
Boston, MA 02114
www.asa.org

June 5, 2017

Yolanda Jones
Educational Credit Management Corporation
111 South Washington Avenue
Suite 1400
Minneapolis, MN 55401

## ASSIGNMENT OF CLAIM

The Massachusetts Higher Education Corporation d/b/a American Student Assistance (ASA) hereby assigns to the Educational Credit Management Corporation (ECMC), for valuable consideration, the receipt of which is hereby acknowledged, its rights, title, and interest in those student loans listed in the enclosure to this letter, dated June 5, 2017.

The Massachusetts Higher Education Corporation d/b/a American Student Assistance hereby waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

Keith A. Coburn
Bankruptcy Specialist
1-800-343-2120, Ext. 2

Enclosure: