**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
|     Andria N. Jackson, | |
|           Debtor. | Chapter 13 |
| | |
| Carrington Mortgage Services, LLC, | Case No.: 17-10770-jkf |
|           Movant, | |
| vs. | Hearing Date: July 25, 2018 |
| Andria N. Jackson, | Time: 9:30 a.m. |
|           Debtor / Respondent, | Location: Courtroom 3 |
| and | |
| Frederick L. Reigle, | |
|           Trustee / Respondent. | |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Carrington Mortgage Services, LLC has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 14, 2018**, you or your attorney must do <u>all</u> of the following:

(a)     file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Office of the Clerk
900 Market Street
Philadelphia, PA 19107

(b)     mail a copy to the Movant's attorney:

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053
Phone No.: 856-482-1400
Fax No.: 856-482-9190

(c)     mail a copy to the Chapter 13 Trustee:

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

2.     If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **July 25, 2018 at 9:30 a.m.** in Courtroom 3, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: June 27, 2018

  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
mwaldt@milsteadlaw.com
Attorney ID No. 203308
1 East Stow Road
Marlton, NJ 08053
Attorneys for Movant