# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andria N. Jackson,<br>　　　　　Debtor | Chapter 13<br><br>Case No.: 17-10770-jkf |
| Carrington Mortgage Services, LLC,<br>　　　　　Movant,<br>vs.<br>Andria N. Jackson,<br>　　　　　Debtor / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on July 20, 2018 with regard to the above matter is APPROVED.

*/s/ Jean K. FitzSimon*

Hon. Jean K. FitzSimon, U.S.B.J.

**Date: July 23, 2018**

221212-6