United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andria N Jackson  
    Debtor

Case No. 17-10770-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Christina<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jul 23, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db    +Andria N Jackson,   28 Prout Drive,   Coatesville, PA 19320-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
      BRAD J. SADEK   on behalf of Debtor Andria N Jackson brad@sadeklaw.com,  bradsadek@gmail.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Carrington Mortgage Services, LLC
       mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                    TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andria N. Jackson,<br><br>        Debtor<br><br>Carrington Mortgage Services, LLC,<br>        Movant,<br>vs.<br>Andria N. Jackson,<br>        Debtor / Respondent. | Chapter 13<br><br>Case No.: 17-10770-jkf |

## ORDER
_____

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on July 20, 2018 with regard to the above matter is APPROVED.

_____
Hon. Jean K. FitzSimon, U.S.B.J.

**Date: July 23, 2018**

221212-6