| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-10770-AMC

ANDRIA N JACKSON
28 PROUT DRIVE
COATESVILLE  PA    19320

Petition Filed Date: 02/02/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 09/13/2017

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/21/2019 | $1,436.00 | 81616591 | 03/06/2019 | $359.00 | 84198413 | 03/06/2019 | $359.00 | 85198102 |
| 04/03/2019 | $359.00 | 93116999 | 05/06/2019 | $359.00 | 1172570 | 06/04/2019 | $359.00 | 36503758 |
| 07/15/2019 | $359.00 | 44404150 | 08/07/2019 | $359.00 | 52661731 | 09/18/2019 | $359.00 | 63872969 |
| 10/30/2019 | $359.00 | 71324382 | 11/14/2019 | $359.00 | 79025170 | 12/16/2019 | $359.00 | 87046728 |
| 01/16/2020 | $359.00 | 94275565 | 02/13/2020 | $359.00 | 1895625 | 03/17/2020 | $359.00 | 5064 |
| 04/15/2020 | $359.00 | 5067 | 05/18/2020 | $359.00 | 5070 | 06/16/2020 | $359.00 | 5073 |
| 07/31/2020 | $359.00 | 5078 | 08/05/2020 | ($359.00) | 5078 | | | |

**Total Receipts for the Period: $7,539.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,940.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 008 | Mortgage Arrears | $16,952.90 | $10,753.19 | $6,199.71 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $43,150.95 | $0.00 | $43,150.95 |
| 4 | METRO PUBLIC ADJUSTMENT INC<br>»» 004 | Unsecured Creditors | $2,133.39 | $0.00 | $2,133.39 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,024.44 | $0.00 | $1,024.44 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $576.61 | $0.00 | $576.61 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $3,803.62 | $0.00 | $3,803.62 |
| 2 | QUANTUM3 GROUP LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $508.88 | $313.39 | $195.49 |
| 9 | BRAD J SADEK ESQ<br>»» 009 | Attorney Fees | $1,690.00 | $1,690.00 | $0.00 |

**Chapter 13 Case No. 17-10770-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,940.00 | Current Monthly Payment: | $359.00 |
| Paid to Claims: | $12,756.58 | Arrearages: | $718.00 |
| Paid to Trustee: | $1,174.01 | Total Plan Base: | $21,120.00 |
| Funds on Hand: | $9.41 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.