| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-10770-AMC

ANDRIA N JACKSON
28 PROUT DRIVE
COATESVILLE  PA    19320

Petition Filed Date: 02/02/2017
341 Hearing Date: 04/21/2017
Confirmation Date: 09/13/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $359.00 | 94275565 | 02/13/2020 | $359.00 | 1895625 | 03/17/2020 | $359.00 | 5064 |
| 04/15/2020 | $359.00 | 5067 | 05/18/2020 | $359.00 | 5070 | 06/16/2020 | $359.00 | 5073 |
| 07/31/2020 | $359.00 | 5078 | 08/05/2020 | ($359.00) | 5078 | 08/17/2020 | $718.00 | 26683028763 |
| 09/22/2020 | $359.00 | 26683025927 | 11/13/2020 | $359.00 | | 12/14/2020 | $359.00 | |
| 01/11/2021 | $359.00 | | 02/16/2021 | $359.00 | | 03/15/2021 | $359.00 | |
| 04/12/2021 | $359.00 | | 05/10/2021 | $359.00 | | | | |

**Total Receipts for the Period:  $5,744.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,530.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | CARRINGTON MORTGAGE SERVICES LLC »» 008 | Mortgage Arrears | $16,952.90 | $13,952.77 | $3,000.13 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $43,150.95 | $0.00 | $43,150.95 |
| 4 | METRO PUBLIC ADJUSTMENT INC »» 004 | Unsecured Creditors | $2,133.39 | $0.00 | $2,133.39 |
| 5 | MOMA FUNDING LLC »» 005 | Unsecured Creditors | $1,024.44 | $0.00 | $1,024.44 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $576.61 | $0.00 | $576.61 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $3,803.62 | $0.00 | $3,803.62 |
| 2 | QUANTUM3 GROUP LLC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $508.88 | $418.84 | $90.04 |
| 9 | BRAD J SADEK ESQ »» 009 | Attorney Fees | $1,690.00 | $1,690.00 | $0.00 |
| 9 | FEDERAL LOAN SERVICING »» 009 | Unsecured Creditors | $25,245.48 | $0.00 | $25,245.48 |
| 10 | FEDERAL LOAN SERVICING »» 010 | Unsecured Creditors | $25,245.48 | $0.00 | $25,245.48 |

**Chapter 13 Case No. 17-10770-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,530.00 | Current Monthly Payment: | $359.00 |
| Paid to Claims: | $16,061.61 | Arrearages: | $718.00 |
| Paid to Trustee: | $1,468.39 | Total Plan Base: | $21,120.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.