United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                     Case No. 17-10770-amc

Andria N Jackson                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                            User: admin                                            Page 1 of 3

Date Rcvd: Feb 23, 2022                               Form ID: 138OBJ                             Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andria N Jackson, 28 Prout Drive, Coatesville, PA 19320-1447 |
| 13861279 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 13861278 | + | Acs/clc Private, Acs/Education Services, Po Box 7051, Utica, NY 13504-7051 |
| 13905608 | + | COLLEGE LOAN CORPORATION-TRUST 1, on behalf of MHEAC d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 13861284 | + | Collection Specialists, 335 Gordon Dr, Exton, PA 19341-1201 |
| 13866328 | + | Cornerstone/Dept Of Education, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 13861286 | + | Cornerstone/dept Of E, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13866329 | + | H&H Liquidators, 3153 Strasburg Rd., Coatesville, PA 19320-4155 |
| 13866331 | + | Metro Public Adjustment, Inc., 3551 Bristol Pike, Bensalem, PA 19020-4685 |
| 13948400 | + | RD Excavating Co. Inc, PO Box 519, Glenmoore, PA 19343-0519 |
| 13866332 | + | Shawn Dunleavy, 4824 Horseshoe Pike, Honey Brook, PA 19344-1362 |
| 14572818 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13866322 | + | Email/Text: bnc-aquafinance@quantum3group.com | Feb 24 2022 00:13:00 | Bay Finance Company Llc, 1 Corporate Drive, #300, Wausau, WI 54401-1724 |
| 13861281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:12:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13861282 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 00:13:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |
| 13866324 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 00:13:00 | Carrington Mortgage Services, 1600 S Douglass Rd, Ste 2, Anaheim, CA 92806-5951 |
| 13954891 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 00:13:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13866325 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:33 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, P.O. Box 790040, S Louis, MO 63179-0040 |
| 13861283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

|  |  |  | Feb 24 2022 00:22:19 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
|---|---|---|---|---|
| 13866327 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 00:13:00 | Comenity Bank, P.O. Box 18215, Columbus, OH 43218 |
| 13861285 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 00:13:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14040182 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 24 2022 00:13:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13861287 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 24 2022 00:13:00 | Medical Data Systems Inc, Mds, 2001 9th Ave Ste 312, Vero beach, FL 32960-6413 |
| 13866330 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 24 2022 00:13:00 | Medical Data Systems Inc, 2001 9th Avenue, Suite 312, Vero beach, FL 32960-6413 |
| 13953938 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 00:22:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13875437 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 00:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13949231 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 00:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13886421 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 00:13:00 | Quantum3 Group LLC as agent for, Bay Finance Company LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13861288 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 24 2022 00:13:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 13995944 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 24 2022 00:13:00 | Toyota Motor Credit Corporation, DBA Lexus Financial Services, PO Box 9013, Addison, Texas 75001-9013 |
| 13879257 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 24 2022 00:13:00 | Toyota Motor Credit Corporation (See 410), PO Box 9013, Addison, Texas 75001-9013 |
| 13861289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:33 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13861280 |  | Bay Finance Company Ll |
| 13866320 | *+ | ACS/CLC Private, Acs/Education Services, P.O. Box 7051, Utica, NY 13504-7051 |
| 13866321 | *+ | ARS/Account Resolution Specialist, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 13866323 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13866326 | *+ | Collection Specialists, 335 Gordon Dr, Exton, PA 19341-1201 |
| 13866333 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corp, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 13866334 | *+ | Visa Dept Store National Bank, Attn: Bankruptcy, P.O. Box 8053, Mason, OH 45040-8053 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

**Name**           **Email Address**

BRAD J. SADEK
     on behalf of Debtor Andria N Jackson brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

MATTEO SAMUEL WEINER
     on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
     on behalf of Creditor Carrington Mortgage Services  LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andria N Jackson

    Debtor(s)

Case No: 17−10770−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/22

70 − 69
Form 138OBJ